Nathaniel L. Goldstein, as Receiver of Equitable Merchants Association, Inc., Appellant, *v.* Brastone Corporation, Defendant, and Hans Brassler et al., Respondents.

Submitted December 9, 1938; decided January 4, 1939.

*Jacob Meadow* and *Max Bergman* for appellant.

*Lloyd F. Thanhouser* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.